ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
California Bar No. 140310
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6528
    Facsimile: (213) 894-7177
    E-mail: Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> $40,000.00 AND $26,060.00 IN U.S. CURRENCY, <br> Defendants. <br><br> LEONARDO CONCEPCION, <br> Claimant. | NO. CV 11-2258 R(OPx) <br><br> **CONSENT JUDGMENT OF FORFEITURE** |

    This action was filed on March 16, 2011. Notice was given and published in accordance with law. No statements of interest or answers have been filed, and the time for filing such statements

and answers has expired. Plaintiff and potential claimant Leonardo Concepcion ("claimant"), from whom the $40,000.00 and $26,060.00 in U.S. currency ("defendant currency") was seized and who filed an administrative claim thereto, have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the entirety of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which

|  |  | may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise. |
|---|---|---|
|  | 5. | The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. |
|  | 6. | The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Consent Judgment. |

Dated: June 9, 2011

_____
THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

**Approved as to form and content:**

| | | |
|---|---|---|
| Dated: | June 7, 2011 | ANDRÉ BIROTTE JR.<br>United States Attorney<br>ROBERT E. DUGDALE<br>United States Attorney<br>Chief, Criminal Division<br>STEVEN R. WELK<br>Assistant United States Attorney<br>Chief, Asset Forfeiture Section<br><br>　　　　/S/　　　　　　<br>P. GREG PARHAM<br>Assistant United States Attorney<br>Asset Forfeiture Section<br><br>Attorneys for Plaintiff<br>United States of America |
| Dated: | June 6, 2011 | 　　　　/S/　　　　　　<br>JANET SHERMAN<br>Attorney for Potential Claimant<br>LEONARDO CONCEPCION |
| Dated: | June 6, 2011 | 　　　　/S/　　　　　　<br>LEONARDO CONCEPCION<br>Potential Claimant |